# THE MARKS LAW FIRM, P.C.

May 10, 2021

**Filed via ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

RE:     Altaune Brown v. Aladdin Lighting Inc et al
        Index: 1:21-cv-01268-RA

## REQUEST FOR ADJOURNMENT

Dear Judge Abrams,

Plaintiff respectfully requests a thirty (30) day adjournment of the Initial Conference for the above referenced matter currently scheduled for May 14, 2021 at 2:00pm.

Defendants were served through the secretary of state on February 25, 2021. As of today, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved. Plaintiff requests time to make additional attempts to contact Defendants and for Defendants to appear, answer or otherwise move. If Defendants do not appear, answer or otherwise move, Plaintiff will move for default. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

The initial pre-trial conference is hereby adjourned *sine die*. Defendant shall respond to the Complaint or seek an extension by May 25, 2021. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by June 8, 2021. Plaintiff shall serve a copy of this Order on Defendant by May 18, 2021 and promptly file proof of such service on the docket.

Regards,

The Marks Law Firm, P.C.

SO ORDERED.

By: _____
        Bradly G. Marks

_____
    Hon. Ronnie Abrams
    May 11, 2021

54 W 40th Street, Suite 1131, New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com