UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  12/27/2021
```

ALTAUNE BROWN,

                              Plaintiff,

            v.

ALADDIN LIGHTING INC., 146 EAST
BROADWAY LLC,

                              Defendants.

21-CV-1268 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that a settlement has been reached with all parties.

Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and

without prejudice to restoring the action to this Court's docket if the application to restore the

action is made within thirty (30) days.  Any application to reopen this action must be filed within

thirty (30) days of this order, and any application filed thereafter may be denied solely on that

basis.  If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement,

the terms of the agreement must be placed on the public record and "so ordered" by the Court

within the same thirty-day period.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir.

2015).  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:      December 27, 2021
            New York, New York

                                    _____
                                    RONNIE ABRAMS
                                    United States District Judge